**Order entered January 8, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00562-CV

### IN THE MATTER OF D.L., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-19-01412-X**

### ORDER

Before the Court is appellee's January 7, 2021 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **February 8, 2021**. We caution appellee that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE